NOTE: CHANGES HAVE BEEN
MADE TO THIS DOCUMENT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MARRON | Case No.:  CV08 2436 JFW (JWJx) |
| Plaintiff, | ORDER ON   DISMISSAL OF ACTION |
| vs. | |
| FEDERAL EXPRESS CORPORATION, a corporation; FED EX EXPRESS, a business entity, form unknown; RALPH GARCIA, an individual; and DOES 1 through 20, inclusive, | TRIAL DATE: 3/17/09 |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

        The Court, having reviewed the Stipulation For Dismissal of Action, filed

by the parties on November 14, 2008, and for good cause shown, ORDERS that

this action be and hereby is dismissed with prejudice.


        SO ORDERED.

_____

November 18, 2008                    Judge John F. Walter


1